IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID ANTHONY BRIDGEWATER     PLAINTIFF
Reg. #14284-025

v.     No. 2:22-cv-132-DPM

JOHN YATES, Warden     DEFENDANT

### ORDER

1.    The Court withdraws the reference.

2.    Bridgewater is an inmate who is currently being held at the Federal Correctional Complex in Forrest City, Arkansas. He has filed a § 2241 petition requesting compassionate release based on the ongoing COVID-19 pandemic and its effects in prison. Federal inmates may attack the execution of their sentences through a § 2241 *habeas* proceeding in the district where they are incarcerated. *Matheny v. Morrison*, 307 F.3d 709, 711 (8th Cir. 2002). But Bridgewater is not challenging the execution of his sentence. He's requesting compassionate release, a sentence modification, due to COVID-19. He must file that motion in the court that imposed his sentence: the United States District Court for the Southern District of Illinois. *United States v. Raia*, 954 F.3d 594, 596 (3d Cir. 2020).

3. Bridgewater's petition, *Doc. 2*, will be dismissed without prejudice for lack of jurisdiction. His motion for leave to proceed *in forma pauperis*, *Doc. 1*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 December 2022