IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID ANTHONY BRIDGEWATER                                PLAINTIFF
Reg. #14284-025

v.                    No. 2:22-cv-132-DPM

JOHN YATES, Warden                                        DEFENDANT

## JUDGMENT

Bridgewater's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022