IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID ANTHONY BRIDGEWATER                                              PLAINTIFF
Reg. #14284-025

v.                            No. 2:22-cv-132-DPM

JOHN YATES, Warden                                                     DEFENDANT

## ORDER

1. Motion for clarification, *Doc. 5*, granted.

2. When this case was filed, it was assigned to me and referred to a Magistrate Judge. I withdrew the reference from the Magistrate Judge and dismissed the case.

3. I interpreted Bridgewater's petition as a request for compassionate release because he stated that he was challenging the United States District Court for the Southern District of Illinois's denial of his motion for compassionate release. *Doc. 2 at 7*.

4. This case is closed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2023